```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION
                    No. 5:10-MC-10-BR

UNITED STATES OF AMERICA,     )
                              )
            Petitioner,       )
                              )    ORDER
         v.                   )
                              )
GAIL M. UNIACKE, AS EXECUTRIX )
FOR JOSEPH P. UNIACKE,        )
                              )
            Respondent.       )
```

For good cause having been shown upon the Motion of the Petitioner, it is hereby

ORDERED that the Show Cause Hearing scheduled for September 13, 2010, at 9:00 a.m. in Raleigh, North Carolina, before the undersigned, is cancelled; that the Petition to Enforce IRS Summons, filed March 18, 2010, is withdrawn; and that the Clerk is DIRECTED to close this case.

This 24 August 2010.

_____
W. Earl Britt
Senior U.S. District Judge